### UNITED STATES of America, Plaintiff–Appellee

v.

### Pedro Lujan BELLEZA, also known as Pedro Belleia Lujan, also known as Pedro Balleza Lujan, Defendant–Appellant.

No. 10–20123
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 5, 2011.

James Lee Turner, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Timothy William Crooks, Laura Fletcher Leavitt, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Pedro Lujan Belleza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*,

*fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lujan Belleza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record referenced therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.